UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WENDELL PAYNE, ET AL.

VERSUS

FOREST RIVER, INC.

CIVIL ACTION

NO. 13-679-JJB-RLB

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated November 7, 2013 (doc. no. 5). The objections filed by plaintiffs make the same arguments and lack merit for the reasons considered by the magistrate judge.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the court finds that defendant has proven by a preponderance of the evidence that diversity jurisdiction exists and the defendant's removal was procedurally sound; therefore, the Motion for Remand is DENIED.

Baton Rouge, Louisiana, this 20th day of March, 2014.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA